UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUZANNE ALENE SWENSON,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD J. LODGE and RONALD E. BUSH,<br><br>Defendants. | Case No. 2:14-cv-00381-BLW<br><br>**ORDER** |

### INTRODUCTION

On October 7, 2014, the Court ordered Plaintiff to comply with 28 U.S.C. § 1915 and file an affidavit *in forma pauperis*, or pay the filing fee, by October 24, 2014, and that failure to do so may result in dismissal of her complaint without further notice. Dkt. 8. Plaintiff failed to comply with the Court's Order or 28 U.S.C. § 1915. Accordingly, the Court will dismiss the case in its entirety.

### ORDER

**IT IS ORDERED:**

1. Plaintiff's Writ of mandamus to Elizabeth A Smith is (Dkt. 14) is **DENIED**.

ORDER - 1

2. This case shall be dismissed in its entirety.

DATED: **November 3, 2014**

B. LYNN WINMILL
Chief U.S. District Court Judge